IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY RALPH PEREA,<br><br>        Plaintiff,<br><br>  vs.<br><br>PRESIDENT OF THE U.S. GEORGE W. BUSH,<br><br>        Defendant. | No. C 05-2338 WHA (PR)<br><br>ORDER OF DISMISSAL |

    This is a civil rights action filed pro se by a prisoner. The court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Plaintiff was told that the case would be dismissed unless he paid the fee or filed an application to proceed IFP within thirty days.

    Despite having been provided with the form, plaintiff has filed only a hand-written document headed "Franking Privilege Mann Act Affidavit of Indigence from the Vatican [Illegible] Impoverished Needy Clerk in Change of a Destitute Person 450 Golden Gate Ave. San Francisco ca 94102 Default." Although there is a reference to an affidavit of indigence in this caption, the document is not in affidavit (or declaration) form, does not establish plaintiff's indigence, and is not an application to proceed IFP.

    This case is DISMISSED without prejudice. See Fed. R.Civ.P. 41(b). No fee is due. The clerk shall close this file.

IT IS SO ORDERED.

Dated: July   21  , 2005.

                                          WILLIAM ALSUP<br>G:\PRO-SE\WHA\CR.05\PEREA338.IFP        United States District Judge